UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Mindy Goodman,

               Plaintiff,

                                                               JUDGMENT
                                                               18-cv-04488 (ARR) (SJB)

       v.

Mercantile Adjustment Bureau, LLC,

               Defendant.
------------------------------------------------------------ X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 19, 2019, granting defendant's motion to dismiss plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that defendant's motion to dismiss plaintiff's complaint is granted in its entirety; and that this case is closed.

Dated: Brooklyn, NY                                                               Douglas C. Palmer
February 20, 2019                                                               Clerk of Court

                                                                                          By: /s/*Jalitza Poveda*
                                                                                                   Deputy Clerk